IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03092-CBS | Date: January 16, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

MARY M. MAYOTTE,                         *Pro se*

Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, *et al.,*     Allison Biles
                                                              Patrick Wheeler

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:02 a.m.**
Court calls case. Appearances of counsel.

Wells Fargo is claiming in their pleading that they do business as American Servicing Company. The Court advises Ms. Mayotte that only named parties can be a part of this lawsuit. Discussion regarding Pilot Program Consent. Consent forms were issued to all parties in the courtroom.

**ORDERED:**   The deadline for filing Pilot Program Consent form is **February 12, 2015.**

Ms. Mayotte's response to MOTION [19] to Dismiss the First Amended Complaint is extended and is due by **January 30, 2015.**

MOTION [7] for Temporary Restraining Order is **DENIED AS MOOT** as the property has been sold.

A Status Conference is set for **February 6, 2015 at 8:30 a.m.** to discuss Ms. Mayotte's response to Motion to Dismiss and Pilot Program Consent.

Hearing Concluded.
**Court in recess: 09:55 a.m.**          Time in court: 00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.