IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03092-CBS | Date: February 6, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                     *Counsel:*

MARY M. MAYOTTE,                                *Pro se*

Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, *et al.,*   Allison Biles
                                                                        Patrick Wheeler

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 08:25 a.m.**
Court calls case.  Appearances of counsel.

Parties have not made a decision regarding consent.  Parties have until **February 12, 2015** to file the consent form.

Ms. Mayotte filed *MOTION [22] for Leave to File a Second Amended Complaint* and did not include the proposed second amended complaint with the motion.

**ORDERED:**   *MOTION [22] for Leave to File a Second Amended Complaint* is **DENIED** as stated on the record.

  Plaintiff is given leave to file Second Amended Complaint by **February 27, 2015.** The court will not grant any further extensions of time to file the second amended complaint.

  Any further briefing on *MOTION [19] TO Dismiss the First Amended Complaint* is **STAYED**.

  If the Plaintiff does not file a Second Amended Complaint by **February 27, 2015,** oral argument for the current Motion to Dismiss will be set for **1:30 p.m. on March 6, 2015.**

Hearing Concluded.

**Court in recess: 09:15 a.m.**
Time in court: 00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.