## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-3092-RBJ-CBS

Mary Mayotte,

        Plaintiff,

v.

US Bank N.A, et al.,

        Defendants.

## NOTICE OF APPEAL

    Notice is hereby given that Mary Mayotte, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order dismissing Plaintiff's case, entered the 14th day of March, 2016 and from the Court's denial of Plaintiff Mayotte's Rule 59e motion and Mayotte's Motion for Leave to File a Third Amended Complaint, entered in this action on the 1st day of June, 2016.

Dated  June 16 ,2016

                              */s/ John Campbell*
                              John Campbell
                              20 S. Sarah St.
                              St. Louis, MO 63108
                              314-588-8101