**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 23, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| MARY M. MAYOTTE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, As Trustee for Structured Asset Investment Loan Trust Mortgage Pass - Through Certificates, Series 2006-4; WELLS FARGO BANK N.A.; AMERICA'S SERVICING COMPANY, and All Persons or Entities Claiming any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in this Complaint Adverse to Plaintiff's Title, or any Cloud upon Plaintiff's Title Thereto; DEBRA JOHNSON, Public Trustee,<br><br>    Defendants - Appellees. | No. 16-1252<br>(D.C. No. 1:14-CV-03092-RBJ-CBS)<br>(D. Colo.) |

_____

## JUDGMENT
_____

Before **HARTZ**, **HOLMES**, and **BACHARACH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is

remanded to the United States District Court for the District of Colorado for further

proceedings in accordance with the opinion of this court.

>Entered for the Court
>
>*Elisabeth A. Shumaker*
>
>ELISABETH A. SHUMAKER, Clerk