

**Customer Account Activity Statement**
Loan # 106 - 1100191411
**MAYOTTE**

v1.04

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/06 | | | | | | | | $481,082.14 | $0.00 | $0.00 | $0.00 | | $0.00 | Transfer Balances |
| 06/28/09 | Jun-06 | $3,936.10 | $287.00 | $3,467.80 | $181.30 | | | $480,795.14 | $181.30 | $0.00 | $0.00 | | $0.00 | Payment Applied |
| 07/31/06 | Jul-06 | $3,936.10 | $289.07 | $3,465.73 | $181.30 | | | $480,506.07 | $362.60 | $0.00 | $0.00 | | $0.00 | Payment Applied |
| 08/16/06 | Aug-06 | $3,936.10 | $291.15 | $3,463.65 | $181.30 | | | $480,214.92 | $543.90 | $0.00 | $0.00 | | $0.00 | Payment Applied |
| 09/18/06 | | $0.00 | | | | | $187.74 | $480,214.92 | $543.90 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 09/29/06 | Sep-06 | $4,123.84 | $293.25 | $3,461.55 | $181.30 | | -$187.74 | $479,921.67 | $725.20 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 10/16/06 | | $0.00 | | | | | $187.74 | $479,921.67 | $725.20 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 10/27/06 | Oct-06 | $4,123.84 | $295.36 | $3,459.44 | $181.30 | | -$187.74 | $479,626.31 | $906.50 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 11/16/06 | | $0.00 | | | | | $187.74 | $479,626.31 | $906.50 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 12/01/06 | Nov-06 | $4,123.84 | $297.49 | $3,457.31 | $181.30 | | -$187.74 | $479,328.82 | $1,087.80 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 12/13/06 | Dec-06 | $3,936.10 | $299.64 | $3,455.16 | $181.30 | | | $479,029.18 | $1,269.10 | $0.00 | $0.00 | | $0.00 | Payment Applied |
| 01/08/07 | Jan-07 | $3,966.29 | $301.80 | $3,453.00 | $211.49 | | | $478,727.38 | $1,480.59 | $0.00 | $0.00 | | $0.00 | Payment Applied |
| 02/12/07 | | $0.00 | | | -$1,099.96 | | | $478,727.38 | $380.63 | $0.00 | $0.00 | | $0.00 | Tax Disbursement |
| 02/16/07 | | $0.00 | | | | | $187.74 | $478,727.38 | $380.63 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 02/20/07 | Feb-07 | $4,154.03 | $303.97 | $3,450.83 | $211.49 | | -$187.74 | $478,423.41 | $592.12 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 03/16/07 | Mar-07 | $3,964.08 | $306.16 | $3,446.43 | $211.49 | | | $478,117.25 | $803.61 | $0.00 | $0.00 | | $0.00 | Payment Applied |
| 04/16/07 | | $0.00 | | | | | $187.74 | $478,117.25 | $803.61 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 04/30/07 | Apr-07 | $4,154.03 | $308.37 | $3,446.43 | $211.49 | | -$187.74 | $477,808.88 | $1,015.10 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 05/16/07 | | $0.00 | | | | | $187.74 | $477,808.88 | $1,015.10 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 05/24/07 | | $0.00 | | | -$1,099.95 | | | $477,808.88 | -$84.85 | $0.00 | $187.74 | | $0.00 | Tax Disbursement |
| 06/01/07 | May-07 | $4,154.03 | $310.59 | $3,444.21 | $211.49 | | -$187.74 | $477,498.29 | $126.64 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 06/18/07 | | $0.00 | | | | | $187.74 | $477,498.29 | $126.64 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 06/27/07 | Jun-07 | $4,154.03 | $312.83 | $3,441.97 | $211.49 | | -$187.74 | $477,185.46 | $338.13 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 07/16/07 | | $0.00 | | | | | $187.74 | $477,185.46 | $338.13 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.



**Customer Account Activity Statement**
Loan # 106 - 1100191411
**MAYOTTE**

Ex. 11
Page 2 of 8

v1.04

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/07 | Jul-07 | $4,143.52 | $315.09 | $3,439.71 | $200.98 | | -$187.74 | $476,870.37 | $539.11 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 08/16/07 | | $0.00 | | | | | $187.74 | $476,870.37 | $539.11 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 09/04/07 | Aug-07 | $4,143.52 | $317.36 | $3,437.44 | $200.98 | | -$187.74 | $476,553.01 | $740.09 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 09/17/07 | | $0.00 | | | | | $187.74 | $476,553.01 | $740.09 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 10/01/07 | Sep-07 | $4,143.52 | $319.65 | $3,435.15 | $200.98 | | -$187.74 | $476,233.36 | $941.07 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 10/16/07 | | $0.00 | | | | | $187.74 | $476,233.36 | $941.07 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 11/01/07 | Oct-07 | $4,143.52 | $321.95 | $3,432.85 | $200.98 | | -$187.74 | $475,911.41 | $1,142.05 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 11/16/07 | | $0.00 | | | | | $187.74 | $475,911.41 | $1,142.05 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 12/03/07 | Nov-07 | $4,143.52 | $324.27 | $3,430.53 | $200.98 | | -$187.74 | $475,587.14 | $1,343.03 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 12/17/07 | | $0.00 | | | | | $187.74 | $475,587.14 | $1,343.03 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 01/02/08 | Dec-07 | $4,143.52 | $326.61 | $3,428.19 | $200.98 | | -$187.74 | $475,260.53 | $1,544.01 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 01/16/08 | | $0.00 | | | | | $187.74 | $475,260.53 | $1,544.01 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 02/01/08 | Jan-08 | $4,143.52 | $328.96 | $3,425.84 | $200.98 | | -$187.74 | $474,931.57 | $1,744.99 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 02/05/08 | | $0.00 | | | -$1,344.63 | | | $474,931.57 | $400.36 | $0.00 | $0.00 | | $0.00 | Tax Disbursement |
| 02/19/08 | | $0.00 | | | | | $187.74 | $474,931.57 | $400.36 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 02/29/08 | Feb-08 | $4,143.52 | $331.34 | $3,423.46 | $200.98 | | -$187.74 | $474,600.23 | $601.34 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 03/17/08 | | $0.00 | | | | | $187.74 | $474,600.23 | $601.34 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 04/01/08 | Mar-08 | $4,143.52 | $333.72 | $3,421.08 | $200.98 | | -$187.74 | $474,266.51 | $802.32 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 04/16/08 | | $0.00 | | | | | $187.74 | $474,266.51 | $802.32 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 05/12/08 | | $0.00 | | | -$1,344.63 | | | $474,266.51 | -$542.31 | $0.00 | $187.74 | | $0.00 | Tax Disbursement |
| 05/16/08 | Apr-08 | $4,143.52 | $336.13 | $3,418.67 | $200.98 | | -$187.74 | $473,930.38 | -$341.33 | $0.00 | $0.00 | | $0.00 | Applied Payment with Late Charge |
| 05/16/08 | | $0.00 | | | | | $187.74 | $473,930.38 | -$341.33 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 05/28/08 | | $0.00 | | | | | $15.00 | $473,930.38 | -$341.33 | $0.00 | $202.74 | | $0.00 | Inspection Fee Assessment |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

**Customer Account Activity Statement**
Loan # 106 - 1100191411
**MAYOTTE**

Ex. 11
Page 3 of 8

v1.04

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/08 | May-08 | $4,158.52 | $338.55 | $3,416.25 | $200.98 | $15.00 | -$187.74 | $473,591.83 | -$140.35 | $15.00 | $15.00 | | $0.00 | Applied Payment and Late Charge with additional monies to Unapplied Funds Account |
| 06/04/08 | | $0.00 | | | | -$15.00 | -$15.00 | $473,591.83 | -$140.35 | $0.00 | $0.00 | | $0.00 | Collected Inspection Fee using Unapplied Funds |
| 06/16/08 | | $0.00 | | | | | $187.74 | $473,591.83 | -$140.35 | $0.00 | $187.74 | | $0.00 | Late Charge Assessment |
| 07/16/08 | | $0.00 | | | | | $187.74 | $473,591.83 | -$140.35 | $0.00 | $375.48 | | $0.00 | Late Charge Assessment |
| 07/31/08 | Jun-08 | $3,955.78 | $340.99 | $3,413.81 | $200.98 | | | $473,250.84 | $60.63 | $0.00 | $375.48 | | $0.00 | Payment Applied |
| 08/18/08 | | $0.00 | | | | | $187.74 | $473,250.84 | $60.63 | $0.00 | $563.22 | | $0.00 | Late Charge Assessment |
| 08/29/08 | | $0.00 | | | | | $15.00 | $473,250.84 | $60.63 | $0.00 | $578.22 | | $0.00 | Inspection Fee Assessment |
| 09/16/08 | | $0.00 | | | | | $187.74 | $473,250.84 | $60.63 | $0.00 | $765.96 | | $0.00 | Late Charge Assessment |
| 09/30/08 | | $0.00 | | | | | $15.00 | $473,250.84 | $60.63 | $0.00 | $780.96 | | $0.00 | Inspection Fee Assessment |
| 10/16/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $780.96 | $400.00 | $400.00 | Attorney Advances |
| 10/16/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $780.96 | $10.00 | $410.00 | Pacer Search Fee |
| 10/16/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $780.96 | $500.00 | $910.00 | Trustee's Sale Costs |
| 10/16/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $780.96 | $460.00 | $1,370.00 | Title Policy Fee |
| 10/16/08 | | $0.00 | | | | | $187.74 | $473,250.84 | $60.63 | $0.00 | $968.70 | | $1,370.00 | Late Charge Assessment |
| 10/30/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $968.70 | $95.00 | $1,465.00 | BPO(Broker's Price Opinion) Fee |
| 10/31/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $968.70 | $15.00 | $1,480.00 | Inspection Fee Assessment |
| 11/17/08 | | $0.00 | | | | | $187.74 | $473,250.84 | $60.63 | $0.00 | $1,156.44 | | $1,480.00 | Late Charge Assessment |
| 12/16/08 | | $0.00 | | | | | $187.74 | $473,250.84 | $60.63 | $0.00 | $1,344.18 | | $1,480.00 | Late Charge Assessment |
| 12/17/08 | | $0.00 | | | | | | $473,250.84 | $60.63 | $0.00 | $1,344.18 | $15.00 | $1,495.00 | Inspection Fee Assessment |
| 01/16/09 | | $0.00 | | | | | $187.74 | $473,250.84 | $60.63 | $0.00 | $1,531.92 | | $1,495.00 | Late Charge Assessment |
| 02/12/09 | | $0.00 | | | -$1,342.34 | | | $473,250.84 | -$1,281.71 | $0.00 | $1,531.92 | | $1,495.00 | Tax Disbursement |
| 02/17/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$1,281.71 | $0.00 | $1,719.66 | | $1,495.00 | Late Charge Assessment |
| 02/27/09 | | $0.00 | | | | | | $473,250.84 | -$1,281.71 | $0.00 | $1,719.66 | $15.00 | $1,510.00 | Inspection Fee Assessment |
| 02/27/09 | | $0.00 | | | | | | $473,250.84 | -$1,281.71 | $0.00 | $1,719.66 | $1.25 | $1,511.25 | Inspection Photo Fee |
| 03/16/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$1,281.71 | $0.00 | $1,907.40 | | $1,511.25 | Late Charge Assessment |
| 04/01/09 | | $0.00 | | | | | | $473,250.84 | -$1,281.71 | $0.00 | $1,907.40 | $15.00 | $1,526.25 | Inspection Fee Assessment |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

*[Handwritten annotations in left margin: "In foreclosure Process Working w/Court Cottle David Hassell David Warren"]*



**WELLS FARGO HOME MORTGAGE**
v1.04

## Customer Account Activity Statement
### Loan # 106 - 1100191411
### MAYOTTE

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/09 | | $0.00 | | | | | | $473,250.84 | -$1,281.71 | $0.00 | $1,907.40 | $1.25 | $1,527.50 | Inspection Photo Fee |
| 04/16/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$1,281.71 | $0.00 | $2,095.14 | | $1,527.50 | Late Charge Assessment |
| 05/05/09 | | $0.00 | | | | | | $473,250.84 | -$1,281.71 | $0.00 | $2,095.14 | $15.00 | $1,542.50 | Inspection Fee Assessment |
| 05/05/09 | | $0.00 | | | | | | $473,250.84 | -$1,281.71 | $0.00 | $2,095.14 | $1.25 | $1,543.75 | Inspection Photo Fee |
| 05/15/09 | | $0.00 | | | -$1,342.34 | | | $473,250.84 | -$2,624.05 | $0.00 | $2,095.14 | | $1,543.75 | Tax Disbursement |
| 05/19/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$2,624.05 | $0.00 | $2,282.88 | | $1,543.75 | Late Charge Assessment |
| 06/03/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,282.88 | $15.00 | $1,558.75 | Inspection Fee Assessment |
| 06/03/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,282.88 | $1.25 | $1,560.00 | Inspection Photo Fee |
| 06/16/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$2,624.05 | $0.00 | $2,470.62 | | $1,560.00 | Late Charge Assessment |
| 07/16/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$2,624.05 | $0.00 | $2,658.36 | | $1,560.00 | Late Charge Assessment |
| 07/28/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,658.36 | $15.00 | $1,575.00 | Inspection Fee Assessment |
| 08/17/09 | | $0.00 | | | | | $187.74 | $473,250.84 | -$2,624.05 | $0.00 | $2,846.10 | | $1,575.00 | Late Charge Assessment |
| 08/31/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,846.10 | $15.00 | $1,590.00 | Inspection Fee Assessment |
| 09/04/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,846.10 | $320.00 | $1,910.00 | Attorney Advances |
| 09/04/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,846.10 | $237.13 | $2,147.13 | Clerk's Costs |
| 09/04/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,846.10 | $233.98 | $2,381.11 | Filing Fee |
| 09/04/09 | | $0.00 | | | | | | $473,250.84 | -$2,624.05 | $0.00 | $2,846.10 | $16.00 | $2,397.11 | Mailing Fee |
| 09/28/09 | | $2,931.08 | | | | $2,931.08 | | $473,250.84 | -$2,624.05 | $2,931.08 | $2,846.10 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 10/30/09 | | $2,931.08 | | | | $2,931.08 | | $473,250.84 | -$2,624.05 | $5,862.16 | $2,846.10 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 11/02/09 | Jul-08 | $0.00 | $343.45 | $3,411.35 | $275.08 | -$4,029.88 | | $472,907.39 | -$2,348.97 | $1,832.28 | $2,846.10 | | $2,397.11 | 1 Payment applied using Unapplied Funds |
| 12/02/09 | | $2,931.08 | | | | $2,931.08 | | $472,907.39 | -$2,348.97 | $4,763.36 | $2,846.10 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 12/03/09 | Aug-08 | $0.00 | $345.93 | $3,408.87 | $275.08 | -$4,029.88 | | $472,561.46 | -$2,073.89 | $733.48 | $2,846.10 | | $2,397.11 | 1 Payment applied using Unapplied Funds |
| 12/16/09 | | $0.00 | | | | | $187.74 | $472,561.46 | -$2,073.89 | $733.48 | $3,033.84 | | $2,397.11 | Late Charge Assessment |
| 01/04/10 | | $2,931.08 | | | | $2,931.08 | | $472,561.46 | -$2,073.89 | $3,664.56 | $3,033.84 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 01/19/10 | | $0.00 | | | | | $187.74 | $472,561.46 | -$2,073.89 | $3,664.56 | $3,221.58 | | $2,397.11 | Late Charge Assessment |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.

Case 1:14-cv-03092-RBJ   Document 114-2   Filed 09/07/18   USDC Colorado   Page 5 of 8



**Customer Account Activity Statement**
Loan # 106 - 1100191411
**MAYOTTE**

Ex. 11
Page 5 of 8

v1.04

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26/10 | | $0.00 | | | | | $15.00 | $472,561.46 | -$2,073.89 | $3,664.56 | $3,236.58 | | $2,397.11 | Inspection Fee Assessment |
| 02/02/10 | | $2,931.08 | | | | $2,931.08 | | $472,561.46 | -$2,073.89 | $6,595.64 | $3,236.58 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 02/03/10 | Sep-08 | $0.00 | $348.42 | $3,406.38 | $275.08 | -$4,029.88 | | $472,213.04 | -$1,798.81 | $2,565.76 | $3,236.58 | | $2,397.11 | 1 Payment applied using Unapplied Funds |
| 02/05/10 | | $0.00 | | | | | $25.00 | $472,213.04 | -$1,798.81 | $2,565.76 | $3,261.58 | | $2,397.11 | Returned Item Fee Assessed |
| 02/12/10 | | $0.00 | | | -$1,437.95 | | | $472,213.04 | -$3,236.76 | $2,565.76 | $3,261.58 | | $2,397.11 | Tax Disbursement |
| 02/16/10 | | $0.00 | | | | | $187.74 | $472,213.04 | -$3,236.76 | $2,565.76 | $3,449.32 | | $2,397.11 | Late Charge Assessment |
| 03/01/10 | | $0.00 | | | | | $15.00 | $472,213.04 | -$3,236.76 | $2,565.76 | $3,464.32 | | $2,397.11 | Inspection Fee Assessment |
| 03/15/10 | | $0.00 | | | | | $187.74 | $472,213.04 | -$3,236.76 | $2,565.76 | $3,652.06 | | $2,397.11 | Late Charge Assessment |
| 04/02/10 | | $0.00 | | | | | $15.00 | $472,213.04 | -$3,236.76 | $2,565.76 | $3,667.06 | | $2,397.11 | Inspection Fee Assessment |
| 04/16/10 | | $2,931.08 | | | | $2,931.08 | | $472,213.04 | -$3,236.76 | $5,496.84 | $3,667.06 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 04/19/10 | Oct-08 | $0.00 | $350.93 | $3,403.87 | $275.08 | -$4,029.88 | | $471,862.11 | -$2,961.68 | $1,466.96 | $3,667.06 | | $2,397.11 | 1 Payment applied using Unapplied Funds |
| 05/04/10 | | $0.00 | | | | | $15.00 | $471,862.11 | -$2,961.68 | $1,466.96 | $3,682.06 | | $2,397.11 | Inspection Fee Assessment |
| 05/14/10 | | $0.00 | | | -$1,437.94 | | | $471,862.11 | -$4,399.62 | $1,466.96 | $3,682.06 | | $2,397.11 | Tax Disbursement |
| 05/18/10 | | $2,931.08 | | | | $2,931.08 | | $471,862.11 | -$4,399.62 | $4,398.04 | $3,682.06 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 05/19/10 | Nov-08 | $0.00 | $353.46 | $3,401.34 | $275.08 | -$4,029.88 | | $471,508.65 | -$4,124.54 | $368.16 | $3,682.06 | | $2,397.11 | 1 Payment applied using Unapplied Funds |
| 06/09/10 | | $0.00 | | | | | $15.00 | $471,508.65 | -$4,124.54 | $368.16 | $3,697.06 | | $2,397.11 | Inspection Fee Assessment |
| 06/16/10 | | $2,931.08 | | | | $2,931.08 | | $471,508.65 | -$4,124.54 | $3,299.24 | $3,697.06 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 07/14/10 | | $0.00 | | | | | $15.00 | $471,508.65 | -$4,124.54 | $3,299.24 | $3,712.06 | | $2,397.11 | Inspection Fee Assessment |
| 07/16/10 | | $0.00 | | | | | $187.74 | $471,508.65 | -$4,124.54 | $3,299.24 | $3,899.80 | | $2,397.11 | Late Charge Assessment |
| 07/30/10 | | $2,931.08 | | | | $2,931.08 | | $471,508.65 | -$4,124.54 | $6,230.32 | $3,899.80 | | $2,397.11 | Monies Applied to Unapplied Funds Account |
| 08/05/10 | | $0.00 | | | | | $25.00 | $471,508.65 | -$4,124.54 | $6,230.32 | $3,924.80 | | $2,397.11 | Returned Item Fee Assessed |
| 08/16/10 | | $0.00 | | | | | $187.74 | $471,508.65 | -$4,124.54 | $6,230.32 | $4,112.54 | | $2,397.11 | Late Charge Assessment |
| 08/20/10 | | $0.00 | | | | | $15.00 | $471,508.65 | -$4,124.54 | $6,230.32 | $4,127.54 | | $2,397.11 | Inspection Fee Assessment |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history.  It is not a record kept by Wells Fargo in the course of regularly conducted business.



**Customer Account Activity Statement**
Loan # 106 - 1100191411
MAYOTTE

Ex. 11
Page 6 of 8

v1.04

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/10 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,127.54 | $50.00 | $2,447.11 | BPO(Broker's Price Opinion) Fee |
| 09/16/10 | | $0.00 | | | | $187.74 | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,315.28 | | $2,447.11 | Late Charge Assessment |
| 09/22/10 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,315.28 | $15.00 | $2,462.11 | Inspection Fee Assessment |
| 10/18/10 | | $0.00 | | | | $187.74 | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,503.02 | | $2,462.11 | Late Charge Assessment |
| 11/04/10 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,503.02 | $20.00 | $2,482.11 | Inspection Fee Assessment |
| 11/15/10 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,503.02 | $125.00 | $2,607.11 | Title Policy Fee |
| 11/30/10 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $6,230.32 | $4,503.02 | $20.00 | $2,627.11 | Inspection Fee Assessment |
| 12/01/10 | | $2,617.56 | | | | $2,617.56 | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,503.02 | | $2,627.11 | Monies Applied to Unapplied Funds Account |
| 12/16/10 | | $0.00 | | | | $187.74 | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,690.76 | | $2,627.11 | Late Charge Assessment |
| 01/04/11 | | $0.00 | | | | $20.00 | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | | $2,627.11 | Inspection Fee Assessment |
| 01/11/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | $400.00 | $3,027.11 | Title Policy Fee |
| 01/11/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | $62.75 | $3,089.86 | Certified Mailing Fee |
| 01/11/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | $10.00 | $3,099.86 | Process Fee |
| 01/11/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | $25.00 | $3,124.86 | Filing Fee |
| 01/11/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | $700.00 | $3,824.86 | Clerk's Costs |
| 01/11/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,710.76 | $600.00 | $4,424.86 | Attorney Advances |
| 01/18/11 | | $0.00 | | | | $187.74 | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,898.50 | | $4,424.86 | Late Charge Assessment |
| 02/07/11 | | $0.00 | | | | | | $471,508.65 | -$4,124.54 | $8,847.88 | $4,898.50 | $20.00 | $4,444.86 | Inspection Fee Assessment |
| 02/11/11 | | $0.00 | | | -$1,470.00 | | | $471,508.65 | -$5,594.54 | $8,847.88 | $4,898.50 | | $4,444.86 | County Taxes Paid |
| 02/16/11 | | $0.00 | | | | $187.74 | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,086.24 | | $4,444.86 | Late Charge Assessment |
| 02/25/11 | | $0.00 | | | | | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,086.24 | $90.00 | $4,534.86 | BPO(Broker's Price Opinion) Fee |
| 03/09/11 | | $0.00 | | | | | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,086.24 | $20.00 | $4,554.86 | Inspection Fee Assessment |
| 03/16/11 | | $0.00 | | | | $187.74 | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,273.98 | | $4,554.86 | Late Charge Assessment |
| 04/08/11 | | $0.00 | | | | | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,273.98 | $20.00 | $4,574.86 | Inspection Fee Assessment |
| 04/18/11 | | $0.00 | | | | $187.74 | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,461.72 | | $4,574.86 | Late Charge Assessment |
| 05/10/11 | | $0.00 | | | | | | $471,508.65 | -$5,594.54 | $8,847.88 | $5,461.72 | $20.00 | $4,594.86 | Inspection Fee Assessment |
| 05/13/11 | | $0.00 | | | -$1,469.99 | | | $471,508.65 | -$7,064.53 | $8,847.88 | $5,461.72 | | $4,594.86 | County Taxes Paid |

*Handwritten note on left margin: "Final for Permanent Loan Mod"*

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.



v1.04

**Customer Account Activity Statement**
**Loan # 106 - 1100191411**
**MAYOTTE**

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/11 | | $0.00 | | | | | $187.74 | $471,508.65 | -$7,064.53 | $8,847.88 | $5,649.46 | | $4,594.86 | Late Charge Assessment |
| 05/24/11 | | $0.00 | | | | | | $471,508.65 | -$7,064.53 | $8,847.88 | $5,649.46 | | $4,594.86 | Chapter 7 Filed Case # 11-12486 |
| 06/03/11 | | $0.00 | | | | | | $471,508.65 | -$7,064.53 | $8,847.88 | $5,649.46 | $187.50 | $4,782.36 | Attorney Advances |
| 06/03/11 | | $0.00 | | | | | | $471,508.65 | -$7,064.53 | $8,847.88 | $5,649.46 | $50.00 | $4,832.36 | Clerk's Costs |
| 06/03/11 | | $0.00 | | | | | | $471,508.65 | -$7,064.53 | $8,847.88 | $5,649.46 | $236.36 | $5,068.72 | Filing Fee |
| 06/03/11 | | $0.00 | | | | | | $471,508.65 | -$7,064.53 | $8,847.88 | $5,649.46 | $250.00 | $5,318.72 | Posting Fee |
| 06/08/11 | Dec-08 | $0.00 | $356.01 | $3,398.79 | $275.08 | -$4,029.88 | | $471,152.64 | -$6,789.45 | $4,818.00 | $5,649.46 | | $5,318.72 | 1 Payment applied using Unapplied Funds |
| 06/08/11 | Jan-09 | $0.00 | $358.57 | $3,396.23 | $275.08 | -$4,029.88 | | $470,794.07 | -$6,514.37 | $788.12 | $5,649.46 | | $5,318.72 | 1 Payment applied using Unapplied Funds |
| 06/09/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $5,649.46 | $20.00 | $5,338.72 | Inspection Fee Assessment |
| 06/13/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $5,649.46 | $1,027.50 | $6,366.22 | Attorney Fee |
| 06/13/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $5,649.46 | $18.54 | $6,384.76 | Filing Fee |
| 07/12/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $5,649.46 | $20.00 | $6,404.76 | Inspection Fee Assessment |
| 07/18/11 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $5,837.20 | | $6,404.76 | Late Charge Assessment |
| 08/12/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $5,837.20 | $20.00 | $6,424.76 | Inspection Fee Assessment |
| 08/16/11 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $6,024.94 | | $6,424.76 | Late Charge Assessment |
| 09/15/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,024.94 | $20.00 | $6,444.76 | Inspection Fee Assessment |
| 09/16/11 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $6,212.68 | | $6,444.76 | Late Charge Assessment |
| 09/21/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,212.68 | | $6,444.76 | Statutory Expenses |
| 10/11/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,212.68 | $20.00 | $6,464.76 | Inspection Fee Assessment |
| 10/17/11 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $6,400.42 | | $6,464.76 | Late Charge Assessment |
| 11/08/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,400.42 | $20.00 | $6,484.76 | Inspection Fee Assessment |
| 11/16/11 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $6,588.16 | | $6,484.76 | Late Charge Assessment |
| 12/08/11 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,588.16 | $20.00 | $6,504.76 | Inspection Fee Assessment |
| 12/16/11 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $6,775.90 | | $6,504.76 | Late Charge Assessment |
| 01/11/12 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,775.90 | $20.00 | $6,524.76 | Inspection Fee Assessment |
| 01/17/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $6,963.64 | | $6,524.76 | Late Charge Assessment |
| 02/09/12 | | $0.00 | | | | | | $470,794.07 | -$6,514.37 | $788.12 | $6,963.64 | $15.00 | $6,539.76 | Inspection Fee Assessment |

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.



**Customer Account Activity Statement**
**Loan # 106 - 1100191411**
**MAYOTTE**

v1.04

| Date Received | Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied / Disbursed | Unapplied Funds | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Unapplied Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Fee Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/16/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$6,514.37 | $788.12 | $7,151.38 | | $6,539.76 | Late Charge Assessment |
| 02/17/12 | | $0.00 | | | -$1,402.61 | | | $470,794.07 | -$7,916.98 | $788.12 | $7,151.38 | | $6,539.76 | County Taxes Paid |
| 03/08/12 | | $0.00 | | | | | | $470,794.07 | -$7,916.98 | $788.12 | $7,151.38 | $15.00 | $6,554.76 | Inspection Fee Assessment |
| 03/16/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$7,916.98 | $788.12 | $7,339.12 | | $6,554.76 | Late Charge Assessment |
| 04/04/12 | | $0.00 | | | | | | $470,794.07 | -$7,916.98 | $788.12 | $7,339.12 | $15.00 | $6,569.76 | Inspection Fee Assessment |
| 04/16/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$7,916.98 | $788.12 | $7,526.86 | | $6,569.76 | Late Charge Assessment |
| 05/02/12 | | $0.00 | | | | | | $470,794.07 | -$7,916.98 | $788.12 | $7,526.86 | $15.00 | $6,584.76 | Inspection Fee Assessment |
| 05/16/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$7,916.98 | $788.12 | $7,714.60 | | $6,584.76 | Late Charge Assessment |
| 05/30/12 | | $0.00 | | | -$1,402.61 | | | $470,794.07 | -$9,319.59 | $788.12 | $7,714.60 | | $6,584.76 | County Taxes Paid |
| 06/05/12 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $7,714.60 | $15.00 | $6,599.76 | Inspection Fee Assessment |
| 06/18/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$9,319.59 | $788.12 | $7,902.34 | | $6,599.76 | Late Charge Assessment |
| 07/09/12 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $7,902.34 | $15.00 | $6,614.76 | Inspection Fee Assessment |
| 07/16/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$9,319.59 | $788.12 | $8,090.08 | | $6,614.76 | Late Charge Assessment |
| 08/07/12 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $8,090.08 | $15.00 | $6,629.76 | Inspection Fee Assessment |
| 08/16/12 | | $0.00 | | | | | $187.74 | $470,794.07 | -$9,319.59 | $788.12 | $8,277.82 | | $6,629.76 | Late Charge Assessment |
| 10/17/12 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $8,277.82 | $15.00 | $6,644.76 | Inspection Fee Assessment |
| 11/27/12 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $8,277.82 | $15.00 | $6,659.76 | Inspection Fee Assessment |
| 12/26/12 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $8,277.82 | $15.00 | $6,674.76 | Inspection Fee Assessment |
| 01/28/13 | | $0.00 | | | | | | $470,794.07 | -$9,319.59 | $788.12 | $8,277.82 | $15.00 | $6,689.76 | Inspection Fee Assessment |
| 02/19/13 | | $0.00 | | | -$1,653.68 | | | $470,794.07 | -$10,973.27 | $788.12 | $8,277.82 | | $6,689.76 | County Taxes Paid |
| 02/27/13 | | $0.00 | | | | | | $470,794.07 | -$10,973.27 | $788.12 | $8,277.82 | $15.00 | $6,704.76 | Inspection Fee Assessment |
| 04/16/13 | | $0.00 | | | | | | $470,794.07 | -$10,973.27 | $788.12 | $8,277.82 | $15.00 | $6,719.76 | Inspection Fee Assessment |
| 05/24/13 | | $0.00 | | | | | | $470,794.07 | -$10,973.27 | $788.12 | $8,277.82 | $15.00 | $6,734.76 | Inspection Fee Assessment |
| 05/30/13 | | $0.00 | | | -$1,653.67 | | | $470,794.07 | -$12,626.94 | $788.12 | $8,277.82 | | $6,734.76 | County Taxes Paid |
| 07/16/13 | | $0.00 | | | | | $187.74 | $470,794.07 | -$12,626.94 | $788.12 | $8,465.56 | | $6,734.76 | Late Charge Assessment |
| 07/17/13 | | $0.00 | | | | | -$187.74 | $470,794.07 | -$12,626.94 | $788.12 | $8,277.82 | | $6,734.76 | Waived Late Charge |
| 09/23/13 | | $0.00 | | | | | | $470,794.07 | -$12,626.94 | $788.12 | $8,277.82 | | $6,734.76 | CURRENT BALANCES |

*This manually prepared Customer Account Activity Statement is prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells*

This Customer Account Activity Statement is manually prepared outside of the regular course of business to provide a streamlined form of this loan payment history. It is not a record kept by Wells Fargo in the course of regularly conducted business.