IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-3092-RBJ

MARY MAYOTTE,

    Plaintiff,

v.

U.S. BANK, N.A.,

    AND

WELLS FARGO BANK, N.A.,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Mary Mayotte, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order granting Defendants' Motion for Summary Judgment, entered the 29th of November, 2019, and from the Court's order granting of Defendants' request for a protective order with respect to certain 30(b)(6) deposition topics on May 20, 2019.

Dated this 28th day of January, 2020,

                                        *s/ Brad Kloewer*
                                      Brad Kloewer, #50565
                                      Kloewer Law LLC
                                      2852 S. Lincoln Street
                                      Englewood, Colorado 80113
                                      Tel: (303) 910-2734
                                      Email: bkloewer@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2020, a true and correct copy of the foregoing Notice of Appeal was filed with the Court using the CM/ECF Filing System, which will send notification of the same to the following email addresses:

Gregory J. Marshall
Andrea M. Hicks
Snell and Wilmer LLP
1200 E. 17th Street, Suite 1900
Denver, CO 80202
303-634-2000
gmarshall@swlaw.com
ahicks@swlaw.com

*Attorneys for Defendants*

                                              *s/ Brad Kloewer*
                                              Brad Kloewer