FILED
United States Court of Appeals
Tenth Circuit

January 22, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

MARY M. MAYOTTE,

   Plaintiff - Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4; WELLS FARGO BANK, N.A.,

   Defendants - Appellees.

No. 20-1027
(D.C. No. 1:14-CV-03092-RBJ)
(D. Colo.)

───────────────────────────────

**JUDGMENT**

───────────────────────────────

Before **HOLMES**, **BACHARACH**, and **EID**, Circuit Judges.

───────────────────────────────

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk