# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-3092-RBJ

MARY MAYOTTE,

    Plaintiff,

v.

U.S. BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4;

    AND

WELLS FARGO BANK, N.A.,

    Defendants.

---

**PLAINTIFF MAYOTTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO LETTER FROM CLERK OF COURT**

---

COMES NOW Plaintiff Mary Mayotte, by and through her counsel, Cain and Skarnulis PLLC, and files this Motion for Extension of Time to Respond to Letter from Clerk of Court, stating in support thereof as follows:

### CONFERRAL

Undersigned counsel reached out to counsel for Defendant via email in regards to the relief requested herein. As of this filing, undersigned counsel has not received a response.

### MOTION

1. On November 8, 2021, the Court issued a Letter from Clerk of Court in the above captioned case, alerting the parties that Judge R. Brooke Jackson had an undisclosed conflict of interest while presiding over this case that recently came to his attention. The Court invited a response to this disclosure by November 30, 2021.

2. Undersigned counsel had not anticipated this communication and has been heavily occupied with other matters, including other complex litigation involving numerous defendants. In addition, Plaintiff Mayotte has recently moved out of state, and in conjunction with the Thanksgiving holiday, was not prepared to assess the implications of this new communication or her options moving forward.

3. As a result of the foregoing, Plaintiff Mayotte respectfully requests a 35-day extension to respond to the November 8, 2021 Letter from Clerk of Court, up to and including January 4, 2022. No party will be prejudiced by the relief requested, and the extension is not sought for any improper purpose.

## CONCLUSION

For all of the reasons stated herein, Plaintiff respectfully requests that the Court grant her a 35-day extension to respond to the November 8, 2021 Letter from Clerk of Court, up to and including January 4, 2022.

Respectfully submitted this 30th day of November 2021.

*/s/ Brad Kloewer*
Brad Kloewer #50565
Cain & Skarnulis PLLC
bkloewer@cstrial.com
303-910-2734

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, a true and accurate copy of this document was filed electronically, to be distributed to all parties of record.

*/s/ Brad Kloewer*