**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-3092-RBJ

MARY MAYOTTE,

    Plaintiff,

v.

U.S. BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4;

    AND

WELLS FARGO BANK, N.A.,

    Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFF MAYOTTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO LETTER FROM CLERK OF COURT**

---

Defendants U.S. Bank National Association, as Trustee For Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4, and Wells Fargo Bank, N.A. ("Defendants"), through undersigned counsel, submit the following response to Plaintiff Mary Mayotte's Motion for Extension of Time to Respond to Letter from Clerk of Court (the "Motion"), stating as follows:

### ARGUMENT

1.     On November 8, 2021, the Court issued a letter from the Clerk of Court (the "Letter") alerting the parties that Judge R. Brooke Jackson recently learned that while he was presiding over this case, he or his spouse owned stock in Wells Fargo.

2. The Letter provided that the parties are "invited to respond to Judge Jackson's disclosure of a conflict in this case" and that any response should be submitted by November 30, 2021.

3. Neither Plaintiff nor Defendants submitted a response by November 30, 2021.

4. On November 30, 2021, Plaintiff filed her Motion for Extension of Time to Respond to the Letter requesting a 35-day extension of time, up to and including January 4, 2022, to respond to the Letter.

5. While Defendants believe that no response to the Letter should be needed because, among other things, the Tenth Circuit affirmed Judge Jackson's judgment in this case, if this Court grants Plaintiff's request, Defendants request that they also be granted the same extension.

## CONCLUSION

If this Court grants Plaintiff's requested extension, Defendants request that they also be granted the same extension to respond to the Letter.

Dated:  December 3, 2021.

        Respectfully submitted,

        SNELL & WILMER L.L.P.

        *s/Greg Marshall*
        Greg Marshall #19886
        Anna Adams #51218
        1200 Seventeenth Street, Suite 1900
        Denver, Colorado 80202
        Telephone: (303) 634-2000
        Facsimile: (303) 634-2020

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2021, a true and correct copy of the foregoing **DEFENDANTS RESPONSE TO PLAINTIFF MAYOTTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO LETTER FROM CLERK OF COURT** was filed and served via Colorado Courts E-Filing on the following:

Brad Kloewer
Cain & Skarnulis PLLC
bkloewer@cstrial.com
(303) 910-2734
*Attorney for the Plaintiff*

                                      *s/ Maegann Parsons*
                                      for Snell & Wilmer L.L.P.