## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-3092-JLK

MARY MAYOTTE,

     Plaintiff

v.

U.S. BANK, N.A., AS TRUSTEE FOR STRUCTERED ASSET INVESTMENT LOAN
TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4;

     AND

WELLS FARGO BANK, N.A.,

     Defendants

---

## PLAINTIFF MAYOTTE'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO LETTER FROM CLERK OF COURT

---

COMES NOW Plaintiff Mary Mayotte, by and through her counsel, Cain & Skarnulis PLLC, and files this Motion for Extension of Time to Respond to Letter from Clerk of Court, stating in support thereof as follows:

### CONFERRAL

Undersigned counsel conferred with counsel for Defendants on this matter, and avers that the relief requested herein is unopposed.

### MOTION

1.     On November 8, 2021, the Court issued a Letter from Clerk of Court in the above captioned case, alerting the parties that Judge R. Brooke Jackson had an undisclosed conflict of interest while presiding over this case that recently came to his attention. The Court invited a response to this disclosure by November 30, 2021.

2.      Undersigned counsel had not anticipated this communication and has been heavily occupied with other matters, including other complex litigation involving numerous defendants. Plaintiff, therefore, filed a motion for extension of time to respond, and on November 30, 2021, requested an extension of time, up to and including January 4, 2022.  The Court did not issue an order on that Motion, but did reassign the case to the Honorable Judge John L. Kane on December 15, 2021.

3.      As described more fully in undersigned counsel's Motion for Withdrawal Pursuant to D.C.Colo. Rule 5(b), filed simultaneously herewith, undersigned counsel is not able to continue representation of Ms. Mayotte at this time.  Ms. Mayotte is in the process of seeking new counsel in this matter, but this process has been complicated given the recent holidays and the novelty of the legal questions presented.

4.      As a result of the foregoing, Plaintiff Mayotte respectfully requests an additional 28-day extension to respond to the November 8, 2021 Letter from Clerk of Court, up to and including February 1, 2022.  No party will be prejudiced by the relief requested, and the extension is not sought for any improper purpose.

## CONCLUSION

For all of the reasons stated herein, Plaintiff respectfully requests that the Court grant her a 28-day extension to respond to the November 8, 2021 Letter from Clerk of Court, up to and including February 1, 2022.

Respectfully submitted this 3rd day of January 2022.

*/s/ Brad Kloewer*

Brad Kloewer #50565
Cain & Skarnulis PLLC
bkloewer@cstrial.com
(303) 910-2734

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, a true and accurate copy of this document was filed electronically, to be distributed to all parties of record.

*/s/ Brad Kloewer*