IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No 14-cv-3092-RBJ

MARY M. MAYOTTE, an individual,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4, and
WELLS FARGO BANK. N.A.,

    Defendants.

## ORDER OF RECUSAL

I have learned that either my wife or I owned stock in a party to this matter at the time I was assigned to the case. I therefore recuse myself from further participation in this case.

Dated this 11th day of January, 2022 nunc pro tunc to November 8, 2021.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge